APPEAL, CLOSED

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:01-cv-00414-CFD
**Internal Use Only**

FILED

Haye v. Ashcroft
Assigned to: Christopher F. Droney
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 03/16/01
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**
-----------------------

**Samuel H. Haye**    represented by    **Michael G. Moore**
Law Offices of Maria De Castro Foden
107 Oak St.
Hartford, CT 06106
860-278-3001
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Notice**
-----------------------

**US Court of Appeals**    represented by    **US Court of Appeals**
Office of the Clerk
US Courthouse
Foley Square
New York, NY 10007
212-857-8500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**
-----------------------

**John Ashcroft**, *Atty Gen, USA*    represented by    **James K. Filan, Jr.**
U.S. Attorney's Office-BPT

915 Lafayette Blvd. Room 309
Bridgeport, CT 06604
203-696-3000
Fax : 203-579-5575
Email: james.filan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 03/16/2001 | 1 | PETITION for writ of habeas corpus & Motion for stay of removal; FILING FEE $ 5.00 RECEIPT # H002773 (part 1 of 2) (Walker, J.) (Entered: 03/19/2001) |
| 03/16/2001 | 1 | PETITION for writ of habeas corpus & MOTION by Samuel H. Haye to Stay removal (part 2 of 2) (Walker, J.) (Entered: 03/19/2001) |
| 03/16/2001 | 2 | MEMORANDUM by Samuel H. Haye in support of [1-1] motion to Stay removal, [1-1] petition (Walker, J.) (Entered: 03/19/2001) |
| 03/19/2001 | | **Remove Prisoner Flag per Mary Larsen; file forwarded to chambers (Walker, J.) Modified on 03/26/2001 (Entered: 03/19/2001) |
| 04/11/2001 | 3 | APPEARANCE of Attorney for John Ashcroft -- James K. Filan Jr. (Gothers, M.) (Entered: 04/11/2001) |
| 05/10/2001 | 4 | ORDER to show why petition should not be granted by 6/30/01 ( signed by Judge Christopher F. Droney ) (Former Employee) (Entered: 05/10/2001) |
| 06/29/2001 | 5 | MOTION by John Ashcroft to Extend Time to 7/30/01 to respond to Writ of Habeas Corpus (Montgomery, C.) (Entered: 06/29/2001) |
| 07/20/2001 | | ENDORSEMENT granting [5-1] motion to Extend Time to 7/30/01 to respond to Writ of Habeas Corpus ( signed by Judge Christopher F. Droney ) (Gothers, M.) (Entered: 07/20/2001) |
| 07/30/2001 | 6 | RESPONSE by John Ashcroft to [1-1] petition (Gothers, M.) (Entered: 07/31/2001) |
| 10/11/2001 | 7 | Motion hearing held re: [1-1] motion to Stay removal by Samuel H. Haye (CFD) (Gothers, M.) (Entered: 10/12/2001) |
| 10/18/2001 | 8 | ORDER denying [1-1] motion to Stay removal ( signed by Judge Christopher F. Droney ) (Sprong, R.) (Entered: 10/19/2001) |

| Date | No. | Description |
|---|---|---|
| 05/24/2002 | 9 | MOTION by John Ashcroft for Leave to File supplemental memorandum in support re: oral argument on 10/11/01 (Gothers, M.) (Entered: 05/24/2002) |
| 06/07/2002 | 10 | MOTION by Samuel H. Haye for Leave to File Supplemental memorandum of law (Gothers, M.) (Entered: 06/11/2002) |
| 12/10/2002 | | ENDORSEMENT granting [9-1] motion for Leave to File supplemental memorandum in support re: oral argument on 10/11/01 ( signed by Judge Christopher F. Droney ) (Gothers, M.) (Entered: 12/10/2002) |
| 12/10/2002 | 11 | SUPPLEMENTAL MEMORANDUM by John Ashcroft in support of [2-1] support memorandum, re: [1-1] motion to Stay removal, [1-1] petition (Gothers, M.) (Entered: 12/10/2002) |
| 12/10/2002 | | ENDORSEMENT granting [10-1] motion for Leave to File Supplemental memorandum of law ( signed by Judge Christopher F. Droney ) (Gothers, M.) (Entered: 12/10/2002) |
| 12/10/2002 | 12 | Supplemental MEMORANDUM by John Ashcroft in support of [1-1] motion to Stay removal (Gothers, M.) (Entered: 12/10/2002) |
| 12/10/2002 | 13 | RULING denying [1-1] petition ( signed by Judge Christopher F. Droney ) 6 Page(s) (Gothers, M.) (Entered: 12/10/2002) |
| 12/13/2002 | | Case closed (Gothers, M.) Modified on 12/18/2002 (Entered: 12/10/2002) |
| 12/13/2002 | 14 | JUDGMENT - ruling dated 12/12/02 denying the Petition for Writ of Habeas Corpus ( signed by Clerk ) (Gothers, M.) (Entered: 12/13/2002) |
| 01/13/2003 | 15 | NOTICE OF APPEAL of [14-1] judgment order by Samuel H. Haye FILING FEE $105.00 RECEIPT# H008316 NO FEE Certified Copy of Appeal and Docket mailed to USCA (Basile, F.) Modified on 01/15/2003 (Entered: 01/15/2003) |
| 01/14/2003 | | **Added party US Court of Appeals (Basile, F.) (Entered: 01/14/2003) |
| 01/15/2003 | | INDEX to Record on Appeal Mailed to USCA: [15-1] appeal by Samuel H. Haye (Basile, F.) (Entered: 01/15/2003) |
| 01/15/2003 | | **Reset last document number to 15 (Basile, F.) (Entered: 01/15/2003) |

| | | |
|---|---|---|
| 01/27/2003 | | INDEX to Record on Appeal Mailed to USCA: [15-1] appeal by Samuel H. Haye (Basile, F.) (Entered: 01/30/2003) |
| 01/13/2004 | | Request from USCA for Record on Appeal Made Via e-mail re [15] Notice of Appeal: (Basile, F.) (Entered: 01/13/2004) |
| 01/13/2004 | | Certified and Transmitted Record on Appeal via UPS to US Court of Appeals re [15] Notice of Appeal. USCA Number: 03-2033 (Basile, F.) (Entered: 01/13/2004) |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| HAYE | ) | DOCKET NO. 01-414(CFD) |
| | ) | |
| | ) | USCA NO.   03-2033 |
| | ) | |
| VS. | ) | |
| | ) | |
| JOHN ASHCROFT | ) | |
| | ) | |
| | ) | |

### CLERK'S CERTIFICATE

I, Kevin F. Rowe, Clerk of the United States District Court for the District of Connecticut, do hereby certify that the foregoing copies of the docket entries consisting of **4** pages and the documents numbered **1** through **15** inclusive, (document **11** is missing) constitute the Record on Appeal in the above-captioned case.

I further certify that transmission of the Record on Appeal has been effected under date of January 13, 2004 pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure.

Dated at Hartford, Connecticut, this 13 day of January, 2004.

KEVIN F. ROWE, CLERK
BY

MFB
Deputy Clerk