# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMUEL HAYE, | : | |
|     Petitioner | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:01 CV 414 (CFD) |
| JOHN ASHCROFT, | : | |
|     Respondent | : | |

## **ORDER**

The hearing currently scheduled for May 10, 2004 at 3:00 p.m. is continued until June 10, 2004 at 11:00 a.m.

The parties are ordered to provide a copy of each and every document filed with the Second Circuit Court of Appeals to chambers no later than **May 24, 2004**.

SO ORDERED this 6th day of May 2004, at Hartford, Connecticut.

/s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**