FILED

2004 MAY 10 P 1: 32

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMUEL HAYE, Petitioner. | : | [Only in re Referral: |
| | : | USCA DKT NO. 03-2033] |
| | : | CIVIL ACTION NO. |
| vs. | : | 3:01 CV 414 (CFD) |
| | : | |
| | : | |
| JOHN ASHCROFT, ATTORNEY | : | MAY 7, 2004 |
| GENERAL, UNITED STATES OF | | |
| AMERICA, Respondent | | |
| | : | |

## ENTRY OF LIMITED APPEARANCE

TO:    Clerk, United States District Court
       450 Main Street
       Hartford, CT 06103

Please enter the appearance of Roberto T. Lucheme, Federal Bar No. CT 09 911 as attorney for the PETITIONER in the above-captioned action for the limited purpose of representation in connection with the referral from the U.S. Court of Appeals for the Second Circuit in Docket No. 03-2033 dated March 5, 2004. This entry of appearance does not imply that the undersigned has agreed to or been retained to represent the Petitioner in any proceedings other than those currently pending in the United States Court of Appeals for the Second Circuit , Docket No. 03-2033. This entry of appearance is made pursuant to a Chambers request made May 6, 2004.

Roberto T. Lucheme, Esq.
41 Hebron Avenue.
Glastonbury, CT 06033
CT 09 911
Tel: 860-633-1962

## CERTIFICATION

I hereby certify that a copy of the above was mailed first-class, postage prepaid or hand delivered on May 7, 2004 to the following counsel of record.

James K. Filan, Jr.
Assistant U.S. Attorney
915 Lafayette Blvd., Room 309
Bridgeport, CT  06604

Roberto T. Lucheme, Esq.