UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HAYE                                   Docket 3:01cv414 (CFD)

v.

ASHCROFT                               May 17, 2004

## MOTION TO EXCUSE PRESENCE

This case is scheduled to be heard on June 14, 2004. For the reasons stated in the accompanying Memorandum, the undersigned moves the court to excuse his presence at this hearing.

Michael G. Moore
107 Oak Street
Hartford, CT 06106
Ct# 11961