UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HAYE                              Docket 3:01cv414 (CFD)

v.

ASHCROFT                          May 17, 2004

## MEMORANDUM IN SUPPORT OF MOTION TO EXCUSE PRESENCE

This matter is scheduled to be heard by the court on June 14, 2004. The purpose of this hearing is to determine whether Attorney Roberto Lucheme should represent Petitioner before the Second Circuit in this matter, after remand on this issue by the Circuit.

Attorney Lucheme has previously filed his appearance to replace that of the undersigned so that the issue before the court does not directly concern the undersigned. In addition, on that date I will be away on a pre-planned, pre-paid trip out of the country.

For these reasons I move the court to excuse my presence at this hearing or, in the alternative, allow my withdrawal.

Michael G. Moore
107 Oak Street
Hartford, Ct 06106
Ct#11961
413/747-9331

## **CERTIFICATE OF SERVICE**

I hereby certify that I have sent a copy of the foregoing to James K. Filan, Esq., AUSA, 915 Lafayette Blvd., Bridgeport, Ct 06606 on May 17, 2004.

Michael G. Moore
107 Oak Street
Hartford, CT 06106
Ct# 11961