UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAY 25 A 9: 09

U.S. DISTRICT COURT
BRIDGEPORT, CONN

SAMUEL HARLAND HAYE,
Petitioner,

v.

JOHN ASHCROFT,
Attorney General of the
United States,
Respondent.

DOCKET NO.: 3:01CV414(CFD)

May 24, 2004

## APPLICATION FOR WRIT OF HABEAS CORPUS
## AD TESTIFICANDUM

Comes now the United States of America, defending in its own sovereign right and behalf by James K. Filan, Jr., Assistant United States Attorney, and respectfully informs this Honorable Court:

1. It is requested that at 10:00 a.m. on Thursday, May 27, 2004, SAMUEL HARLAND HAYE, INMATE #124468, be turned over to the custody of the U.S. Marshal's Service for the District of Connecticut to be brought to the U. S. District Court, Courtroom of the Honorable Christopher F. Droney, U.S. District Judge, 450 Main Street, Hartford, Connecticut, until the proceedings have concluded when the U.S. Marshal's Service will return SAMUEL HARLAND HAYE, INMATE # 124468, to the MacDougall Correctional Institute.

WHEREFORE, your petitioner respectfully prays that the Court may issue its Writ of Habeas Corpus Ad Testificandum to the Warden Of the MacDougall Correctional Institute and the U.S. Marshal's Service for the District of Connecticut, or any of his proper deputies, ordering them to produce the said SAMUEL HARLAND HAYE at the U.S. District Court, Courtroom of the Honorable, Christopher F. Droney, U.S. District Judge, 450 Main Street, Hartford, CT 06103 at 10:00 a.m., Thursday, May 27, 2004, until the proceedings have concluded, when SAMUEL HARLAND HAYE, INMATE #124468, will be returned to the MacDougall Correctional Institution, under safe and secure conduct.

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

BY: _____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY