STATE OF CONNECTICUT        :        3:01cv 414 (CFD)
                            :        ss: Bridgeport, CT
COUNTY OF FAIRFIELD         :

    Personally appeared before me, James K. Filan, Jr., Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the content of the same, and that the same is true of his own knowledge, except as to such matters therein alleged on information and belief, and as to such matters, he believes them to be true.

                                              _____
                                              KARI A. DOOLEY
                                              COMMISSIONER OF THE SUPERIOR COURT