01 cv 414 Excuse

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HAYE

Docket 3:01cv414 (CFD)

v.

ASHCROFT                           May 17, 2004

**MOTION TO EXCUSE PRESENCE**

This case is scheduled to be heard on June 14, 2004. For the reasons stated in the accompanying Memorandum, the undersigned moves the court to excuse his presence at this hearing.

Michael G. Moore
107 Oak Street
Hartford, CT 06106
Ct# 11961

Denied. The hearing has been rescheduled for May 27, 2004 at 2:00 p.m. to attend.

/s/ [signature] 5/26/04