UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAMUEL HAYE,                    :    CIV. NO. 3:01CV00414 (CFD)
Petitioner,                     :
                                :
v.                              :
                                :
JOHN ASHCROFT,                  :
Attorney General of the         :
United States,                  :
Respondent.                     :    MAY 26, 2004

OPPOSITION TO MOTION TO BE EXCUSED

Respondent John Ashcroft respectfully opposes Michael G.

Moore's Motion to Excuse Presence at the hearing currently

scheduled for May 27, 2004 at 2:00 p.m.  The reasons for this

opposition are set forth below.

As an initial matter, this hearing was originally scheduled

for June 14, 2004.  Mr. Moore states that he has a pre-paid

vacation on that date.  Because the hearing date has been

changed, that reason is no longer valid.

Second, Mr. Moore states that Attorney Lucheme has filed an

appearance to replace that of Mr. Moore's so that the issue

before the Court does not concern Mr. Moore.  That statement does

not reflect the current posture of this case.  This matter has

been remanded, _inter alia_, to determine the propriety of Attorney

Lucheme's representation of the petitioner.  Part and parcel of

that remand involves the answering of several questions about Mr.

Moore's participation in this case and the appeal.  Therefore,

Mr. Moore's presence is required to address those issues.

Finally, to the extent Mr. Moore seeks the Court's approval to withdraw from this matter, his motion to withdraw fails to comply with Local Rule of Civil Procedure 15.  That rule provides as follows:

> Withdrawal of appearances may be accomplished only by leave of Court on motion duly noticed, and normally shall not be granted except upon a showing that other counsel has appeared or that the party has elected to proceed pro se, _and_ that the party whose counsel seeks to withdraw has received actual notice by personal service or by certified mail of the motion to withdraw.

Local Rule of Civil Procedure 15.

The motion filed by Mr. Moore does not indicate whether the petitioner has received actual notice of the motion to withdraw. Accordingly, that portion of the motion should be denied.

CONCLUSION

For the reasons set forth below, the motion to excuse presence or, in the alternative, withdraw should be denied.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
(203) 696-3000
FEDERAL BAR NO. ct15565

2

CERTIFICATION

This is to certify that a copy of the foregoing was sent by facsimile transmission on May 26, 2004 to:

Michael G. Moore
107 Oak Street
Hartford, CT   06106
Fax: (413) 736-2227

Roberto T. Lucheme, Esq.
41 Hebron Avenue
Glastonbury, CT 06033
Fax: (860) 659-4482

Dated at Bridgeport, Connecticut this 26th day of May, 2004.

JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY

3

TOTAL TIME: _1_ hours _15_ minutes

DEPUTY CLERK _Deio_  HONORABLE _Droney_  CT/ (mhrg (October 17, 2001))
RPTR/ERO/TAPE _Marshall_

DATE _5-27-04_     START TIME _2:15_     END TIME _3:30_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Haye_

vs.

_ashcroft_

CIVIL NO. _01CV.414 CFD_
§
§     _Lucheme_
§     Plaintiffs Counsel
§     ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§     _Feldn_
       Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing      ☐ (confmhrg.) Confirmation Hearing      ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing       ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing  ☐ (fairhrg.) Fairness Hearing         ☐ (stlmthrg.) Settlement Hearing
☒ (mischrg.) Miscelaneous Hearing

Re: USCA decision

MOTION
DOCUMENT NO.

☐ .... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ........ ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ Hearing continued until _____ at _____