MANDATE

01-cv-414
CTDC (New Haven)
Droney, USDJ

FILED

2005 FEB -9 P 2: 29

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
Motion Information Statement

ISSUED AS MANDATE: JAN 31 2005

| :ket Number(s): | 03-2033 | | Haye v. Ashcroft |
|---|---|---|---|
| tion For: | Remand | | |

forth below precise, complete statement of relief sought:

government moves for the Court to consider the propriety of Attorney Lucheme's continued representation of the petitioner-ellant Samuel Haye in this case. The Government requests that this motion be filed under seal.

| ving Party: | UNITED STATES OF AMERICA | Opposing Party: | Samuel Haye |
|---|---|---|---|
| | ☐ Plaintiff  ☐ Defendant | | |
| | ☐ Appellant/Petitioner | | |
| | X Appellee/Respondent | | |

| ving Attorney: | KEVIN J. O'CONNOR | Opposing Attorney: | Roberto Tschudin Lucheme |
|---|---|---|---|
| | United States Attorney, D.Conn. | Firm: | |
| | 157 Church Street | Address: | 41 Hebron Avenue |
| | New Haven, CT 06510 | | Glastonbury, CT 01103 |
| by: | James K. Filan, Jr. | Tel: | (860) 633-1962 |
| Tel: | (203) 696-3000 | e-mail: | lucheme@aol.com |
| e-mail: | James.Filan@usdoj.gov | | |

UNITED STATES COURT OF APPEALS
FILED
OCT 18 2004
SECOND CIRCUIT

urt-Judge/Agency appealed from:   The Honorable Christopher F. Droney, U.S.D.J., District of Connecticut

FOR EMERGENCY MOTIONS, MOTIONS FOR
STAYS AND INJUNCTIONS PENDING APPEAL

:ase check appropriate boxes:

| s consent of opposing counsel: | | | Has request for relief been made below? | ☐ Yes ☐ No |
|---|---|---|---|---|
| . been sought? | ☐ Yes | ☒ No | Has this relief been previously sought in this Court? | ☐ Yes ☐ No |
| . been obtained? | ☐ Yes | ☒ No | | |
| oral argument requested? | ☐ Yes | ☒ No | Requested return date and explanation of emergency: | |

:quests for oral argument will not necessarily be granted)

is argument date of appeal been set?    ☐ Yes ☒ No

yes, enter date:

| gnature of Moving Attorney: | Date: | Has service been effected? | ☒ Yes ☐ No |
|---|---|---|---|
| [signature] | 10/15/04 | [Attach affidavit of service] | |

ROSEANN B. MACKECHNIE, CLERK
[signature]

ORDER

:ave this space blank.

IS HEREBY ORDERED that the motion is ⟨granted⟩ ⟨denied⟩  "The habeas petition is granted

r the limited purpose of Remand
o Reconsider Haye's Eligibility for
a § 212 (c) Waiver.

FOR THE COURT,
Roseann B. Mackechnie
By: Alfredo E. Galan
Deputy Clerk

ate: November 22, 2004

UNITED STATES COURT OF APPEALS
FILED
NOV 22 2004

Roberto Tschudin Lucheme Esq.
Law Office of, Roberto T. Lucheme, Esq.
41 Hebron Ave.
Glastonbury, CT 06033

James Kieran Filan Esq.
U.S. Attorneys Office, District of Connecticut
915 Lafayette Blvd.