UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMUEL HAYE, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 3:01CV414 (CFD) |
| | : | |
| JOHN ASHCROFT, | : | |
| Attorney General of the United States, | : | |
|     Respondent. | : | |

## ORDER

Pursuant to the Mandate issued on January 31, 2005 by the United States Court of Appeals for the Second Circuit [Doc. #31], the Court REMANDS this action to the Board of Immigration Appeals, for the limited purpose of considering whether the petitioner is eligible for a waiver under former 8 U.S.C. § 1182(c), Immigration and Nationality Act § 212(c). In order to seek such a waiver, the petitioner must file a Special Motion to Reopen, in accordance with procedures set forth at 8 C.F.R. § 1003.44.

It remains petitioner's responsibility to file a special motion to reopen, and a certified copy of this Order shall be attached to any such motion filed.

So ordered this ____7th____ day of March 2005 at Hartford, Connecticut.

                                                                           /s/ CFD
                                           **CHRISTOPHER F. DRONEY**
                                           **UNITED STATES DISTRICT JUDGE**