## CERTIFICATION

I hereby certify that a copy of the above, along with affidavits and attachments, if any, was mailed first-class, postage prepaid or hand delivered on February 25, 2005 to the Chambers of Judge Droney and to the following counsel of record.

James K. Filan, Jr.
Assistant U.S. Attorney
915 Lafayette Blvd., Room 309
Bridgeport, CT  06604

_____
Roberto Tschudin Lucheme, Esq.